## December 1, 1980

No. 80–422.   Temple University of the Commonwealth System of Higher Education et al. v. Pennsylvania Department of Public Welfare et al.   Appeal from Sup. Ct. Pa. dismissed for want of substantial federal ques-

tion. JUSTICE BRENNAN and JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.